## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| NATASHA FRANCIS,<br>          Plaintiff, | CASE NO. 3:17-cv-00021-WWE |
| vs. | |
| TRANS UNION LLC and DARNEL<br>QUICK RECOVERY, INC.;<br>          Defendants. | Date: March 22, 2017 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Natasha Francis, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby informs this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Accordingly, Trans Union does not intend to participate in a Rule 26(f) Report, unless directed to do so by the Court. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.

Respectfully submitted,

Date: _March 22, 2017_         s/Yaakov Saks (w/ consent)
                              Yaakov Saks, Esq. (ct30021)
                              RC Law Group, PLLC
                              285 Passaic Street
                              Hackensack, NJ  07601
                              Telephone:  (201) 282-6500, ext. 101
                              Fax:  (201) 282-6501
                              E-Mail:  ysaks@rclawgroup.com

                              *Counsel for Plaintiff, Natasha Francis*

Date:  *March 22, 2017*              */s/William M. Huse*
                                     William M. Huse, Esq.  (phv08762)
                                       (admitted *Pro Hac Vice*)
                                     Schuckit & Associates, P.C.
                                     4545 Northwestern Drive
                                     Zionsville, IN  46077
                                     Telephone:  (317) 363-2400
                                     Fax:  (317) 363-2257
                                     E-Mail:  whuse@schuckitlaw.com

                                     *Lead Counsel for Defendant Trans Union, LLC*


                                     Timothy J. Lee, Esq.  (CT 15118)
                                     Fasano, Ippolito & Lee, LLC
                                     388 Orange Street
                                     New Haven, CT  06511
                                     Telephone:  (203) 787-6555
                                     Fax:  (203) 776-2119
                                     E-Mail:  tlee@fillaw.com

                                     *Local Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **22nd day of March, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Yaakov Saks, Esq. <br> ysaks@rclawgroup.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **22nd day of March, 2017**, properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ William M. Huse*
William M. Huse, Esq.  (phv08762)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  whuse@schuckitlaw.com